ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**BARRY PINCUS, Individually and On Behalf
of All Others Similarly Situated,**

               **Plaintiff,**

               07 CV 4720 (RJH) (GWG)

    **v.**

**SOURCEFIRE, INC., E. WAYNE JACKSON,
III, TODD P. HEADLEY, MORGAN STANLEY
& CO. INCORPORATED and LEHMAN
BROTHERS INC.,**

               **Defendants.**

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for Defendants Sourcefire, Inc., E. Wayne Jackson, III and Todd P. Headley. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       June 20, 2007

                                                     Respectfully submitted,

                                                     By: ___/s/ Allison J. Schoenthal___
                                                     Allison J. Schoenthal (AS-5391)

                                                     HOGAN & HARTSON LLP
                                                     875 Third Avenue
                                                     New York, NY 10022
                                                     Telephone: (212) 918-3000
                                                     Facsimile:  (212) 918-3100
                                                     Email: AJSchoenthal@hhlaw.com

                                                     *Attorneys for Sourcefire, Inc.,*
                                                     *E. Wayne Jackson, III and*
                                                     *Todd P. Headley*

\\\NY - 075290/000300 - 1045132 v1