# CERTIFICATE OF SERVICE

Allison J. Schoenthal, Esq. an attorney associated with the firm Hogan & Hartson LLP, does hereby certify that on the 21st day of June, 2007, I caused a true copy of the annexed Notice Of Appearance to be served upon the following via first class mail:

> David A. Rosenfeld
> Samuel H. Rudman
> Lerach Couglin Stoia Geller
> Rudman & Robbins LLP
> 58 South Service Road, Suite 200
> Melville, NY  11747
>
> Keara M. Gordon
> DLA Piper US LLP
> 1251 Avenue of the Americas
> New York, NY  10020

Dated: New York, NY
       June 21, 2007

_____
ALLISON J. SCHOENTHAL

\\\NY - 076496/000630 - 1043552 v1