UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
BARRY PINCUS, Individually and On Behalf :
of All Others Similarly Situated,

          Plaintiff,

    -against-                                Civil Action No.: 07 CV 4720 (RJH) (GWG)

SOURCEFIRE, INC., E. WAYNE JACKSON,
III, TODD P. HEADLEY, MORGAN
STANLEY & CO. INCORPORATED and       NOTICE OF APPEARANCE
LEHMAN BROTHERS, INC.,

          Defendants.

--------------------------------------- X

    PLEASE TAKE NOTICE that DLA Piper US LLP has been retained as attorneys for defendants Morgan Stanley & Co. Incorporated and Lehman Brothers, Inc. In entering this appearance, these defendants expressly reserve all defenses.

Dated: New York, New York
       June ___, 2007

Respectfully submitted,

DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
212.335.4500

By: _____
    Keara M. Gordon (KG 2323)

Attorneys for defendants Morgan Stanley & Co. Incorporated and Lehman Brothers Inc.