

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
BARRY PINCUS, Individually and On Behalf :
of All Others Similarly Situated, :
   :
                    Plaintiff, :
   :    07 CV 4720 (RJH) (GWG)
        v. :
   :
SOURCEFIRE, INC., E. WAYNE JACKSON, :
III, TODD P. HEADLEY, MORGAN STANLEY :
& CO. INCORPORATED and LEHMAN :
BROTHERS INC., :
   :
                    Defendants. :
———————————————————— x

### STIPULATION FOR TRANSFER OF CASE

The parties to this case are aware that three other actions involving the same subject matter and similar claims are presently pending in the United States District Court for the District of Maryland. Each of these cases was filed before this action. The Maryland cases are:

- *Katz v. Sourcefire, Inc. et al.*, Civil Action No. 07cv1210 (filed May 8, 2007).
- *Reaves v. Sourcefire, Inc. et al.*, Civil Action No. 07cv1351 (filed May 22, 2007).
- *Raveill v. Sourcefre, Inc. et al.*, Civil Action No. 07cv1425 (filed May 30, 2007).

The parties stipulate and agree that this action should be transferred from this Court to the United States District Court for the District of Maryland.

A proposed Order to this effect is attached.

\\\NY - 073390/000300 - 1045173 v1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07
```

Dated: June 21, 2007

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | HOGAN & HARTSON LLP |

*/s/ David Rosenfeld*
DAVID A. ROSENFELD (DR-7564)
SAMUEL H. RUDMAN (SR-7957)

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1174

*Attorneys for Plaintiff*

*/s/ Allison Schoenthal*
ALLISON J. SCHOENTHAL (AS-5391)

875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Sourcefire, Inc.,
E. Wayne Jackson, III and
Todd P. Headley*

DLA PIPER US LLP

*/s/ Keara M. Gordon*
KEARA M. GORDON (KG-2323)

1251 Avenues of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Morgan Stanley & Co.
Incorporated and Lehman Brothers Inc.*

SO ORDERED:

_____
U.S.D.J.
6/26/07

2

\\\NY - 073296/000300 - 1043170 v1