| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| David A. Rosenfeld, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Barry Pincus, et al.
Defendant: Sourcefire, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV4720 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:  Sourcefire, Inc.
   b. Person served:  Martin F. Roesch, Authorized Agent for Service of Process

4. Address where the party was served:  6550 Bonnie Brae Drive
   Eldersburg, MD 21784

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 09, 2007 (2) at: 9:05PM

7. Person Who Served Papers:
   a. Sharon G. Alleyne
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   6/19/07
   (Date)                   (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  4-11-09
                          (Date)

                                    AFFIDAVIT OF SERVICE          Elizabeth C Hook
                                    Summons & Complaint            (Notary Public)

                                                                  daros.100278