| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| David A. Rosenfeld, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Barry Pincus, et al.
Defendant: Sourcefire, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV4720 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:          E. Wayne Jackson, III
   b. Person served:         E. Wayne Jackson, III, Personally

4. Address where the party was served:   6608 Corina Court
                                          Columbia, MD 21044

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 11, 2007 (2) at: 8:45PM

7. Person Who Served Papers:
   a. Sharon G. Alleyne
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6/19/07
(Date)         (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 4·11·09
                       (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint

Elizabeth C. Hooks
(Notary Public)

daros.100277