| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| David A. Rosenfeld, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747 | | |
| *Telephone No:* 631-367-7100         *FAX No:* 631-367-1173 | | |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff:* Barry Pincus, et al.

*Defendant:* Sourcefire, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV4720 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Class Action Complaint

*3. a. Party served:*                                    Todd P. Headley
   *b. Person served:*                                   Party in item 3a.

*4. Address where the party was served:*          2409 Newton Street
                                                   Vienna, VA  22181

*5. I served the party:*

   b. **by substituted service.** On: Tue., Jun. 19, 2007 at: 1:34PM by leaving the copies with or in the presence of:
                                     Juliann Headley, wife/co-occupant
   (2)  **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4)  A declaration of mailing is attached.

*7. Person Who Served Papers:*                      *Fee for Service:*
   a. Cynthia  Sable                                I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research &**                   New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663                     06-19-07          *Cynthia Sable*
   c. (866) 663-9590, FAX (866) 663-4955        *(Date)*                        *(Signature)*

*8.  SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires_____ ANTHONY J. STEFANO
                            NOTARY PUBLIC
                            EXPIRES: 08/31/08        **AFFIDAVIT OF SERVICE**                     *(Notary Public)*
                                                     **Summons & Complaint**                                        *daros.100275*

| *Attorney or Party without Attorney:* | | For Court Use Only |
|---|---|---|
| David A. Rosenfeld, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100     *FAX No:* 631-367-1173 | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Barry Pincus, et al.

*Defendant:* Sourcefire, Inc., et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV4720 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:            Tue., Jun. 19, 2007
    b. Place of Mailing:           Penryn, CA 95663
    c. Addressed as follows:      Todd P. Headley
                                 2409 Newton Street
                                 Vienna, VA 22181

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 19, 2007 in the ordinary course of business.

5. *Person Serving:*
    a. Janis Dingman
    b. Class Action Research &
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA 95663
    c. (866) 663-9590, FAX (866) 663-4955

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
        *(i)*   Employee
        *(ii) Registration No.:*   2005-27
        *(iii) County:*   Sacramento
        *(iv) Expiration Date:*   Wed, Apr. 29, 2009

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Tue, Jun. 19, 2007

(Janis Dingman)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**By Mail**

*daros.100275*