| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David A. Rosenfeld, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Barry Pincus, et al.
*Defendant:* Sourcefire, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV4720 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:           Lehman Brothers Inc.
   b. Person served:         Georgiana McGuinis, Person Authorized to Accept Service

4. Address where the party was served:    c/0 Prentice Hall Corporation
                                          80 State Street
                                          Albany, NY  12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 08, 2007 (2) at: 11:45AM

7. *Person Who Served Papers:*
   a. Michael Alvaro
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6/12/07    (Signature)
(Date)

Michael Alvaro
PO Box 4182
Albany, N.Y. 12204

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  12/26/09
                       (Date)

6/12/07

GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2009

(Notary Public)

AFFIDAVIT OF SERVICE
Summons & Complaint

daros.100276